# United States District Court
## Violation Notice

M041

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7281528 | Riggs | 1422 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 12/22/2018 1730 | 18 USC sec 13 21-902 b1i |

Place of Offense

VCP1 at canine Rd.

Offense Description: Factual Basis for Charge    HAZMAT ☐

(Driving Attempting to drive) veh. while impaired by alcohol.

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Rodriguez | Ramirez | D |

VEHICLE VIN: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VTR4668 | VA | 2001 | Toyota SR5 | | White |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ ___ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ ___ Total Collateral Due

**YOUR COURT DATE**

Court Address: ___    Date (mm/dd/yyyy): ___    Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

W18356002

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license.  CMV = Commercial vehicle involved in incident.