____ FILED   ____ ENTERED
____ LOGGED  ____ RECEIVED

OCT 2 2 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY C. L. DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | IN THE |
| Plaintiff | * | UNITED STATES |
| v. | * | DISTRICT COURT |
| DANIEL D. RODRIGUEZ | * | OF MARYLAND |
| Defendant | * | CASE NO. 19-MJ-1097 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Defendant's Motion For Modification Of Probation having *(and the Court has been advised that the Gov't & probation do not object,)* been read, filed and considered; it is thereupon this 22nd day of October, 2019, by the United States District Court of Maryland;

**ORDERED**, that the Defendant's Motion For Modification Of Probation shall be **GRANTED** - the Defendant's probation is hereby terminated.

_____
JUDGE